UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ASHLEY BELL PATTERSON and
ALEXANDER JORDAN,

    Plaintiffs,

v.                                    Case No:   2:13-cv-659-FtM-38DNF

DARDEN CONCEPTS, INC. and
GMRI, INC.,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal (Doc. #13) filed on November 26, 2013.  Pursuant to Federal Rule 41(a), Plaintiffs voluntarily dismiss this action, without prejudice.  The Court notes that no Defendant has served an answer nor filed a motion for summary judgment in this matter.

Accordingly, it is now **ORDERED:**

(1) This matter is **DISMISSED without prejudice** pursuant to Plaintiffs' Notice of Voluntary Dismissal (Doc. #13).

(2) The Clerk is directed to enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of November, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record